**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Ignacio MACIA, Defendant– Appellant.**

**No. 06–12881. Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 27, 2006.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, Nancy J. Hess, United States Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, ANDERSON and BARKETT, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Jose Ignacio Macia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Macia's conviction and sentence are **AFFIRMED.**